# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS SEBASTIAN JUAREZ ISLAS, <br><br> Defendant. | Case No.: 26-CR-564-RSH <br><br> **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** <br><br> **[ECF No. 23]** |

Upon the motion of the United States, and good cause appearing therefrom, **IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: March 4, 2026

_Robert S Huie_
_____
HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE